In PRO PER., Plaintiff M. Michael Decarlo Wright. 220 GOLDEN GATE AVE. San Francisco California. 94102. apartment Unit #818.

Name and Address MichaeL DECARLo WRIGHT. 220 GoLdeN GATE AVE. # APT. 818. SF. CA. 94102.

FILED
APR - 7 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Michael Decarlo Wright, 1 TO 500 JOHN and JANE DOE, ALL OF US TNDC — TENANTS —

Plaintiff/Petitioners.

NOTE: ALL NAMED LATER DATE.

vs.

TNDC, DON FALK, LIZ ORLIN, CYNTHIA ALVAREZ, BRANDON FLANNARY, F. WRIGHT, SAL RUSSO, DAVID GUSTATSON, STEVE LORD, GREGORY PATRICT FAGUNDES, SARA CAMERO, JA EUN HUM, CLAIR NEFF, ED HUSBAND, MAGGIE ROBINSON, JASON DAVIS, TOSTADO, M, MAYOR OF SF. EDWIN LEE (HOPE) PROGRAM, BEVAN DUFTY, DEPT. OF HOMELESS + SUPPORTIVE SERVICES, JEFF KOSITSKY, SAM DODGE, CITY + COUNTY OF SF. DEPT. OF PUBLIC HEATH ELYSE MILLER, MANJOT (MANU) MULTANI, MARGOT D. ANTONETTY, V. BROWN, JIMMY BRISCO, BRENDA WHITE, FAY G. DE GUZMAN (DPH), KENETTA GILL OF TNDC KCC FRONT DEST CLERK, DEPT. OF PUBLIC HEALTH APPEALS + GRIEVANCE PROCESS + CITY OF SF. HUMMAN RIGHTS COMMISSION BOTH WHO SIT ON MY COMPLAINTS FOR YEARS, HERO PEST CONTROL CO. ALL ADDRESSES OF DEFENDANTS TO BE FILED AT LATER DATE 1 TO 500 JOHN + JANE DOE DEFENDANTS.

Defendant/Respondent

Case No. CV 17 1955

Document Name: COMPLAINT.

FEDERAL + STATE LAW VIOLATIONS, CONSTITUTIONAL LAW + FEDERAL CRIMINAL LAW. BREACH OF CONTRACT, TITLE 42 USCS § 1981, 1983, 1985, 1986, + 1988., THE AMERICAN DISABILITY ACT, TITLE 18 USCS § 241, 243, 245, + 246. THE RICO ACT, CIVIL RIGHTS ACT OF 1964, + PERSONAL INJURY LAW, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, FRUAD, LANDLORD + TENANT LAW IMPLIED WARRANTY BREACH OF THIS ADDITIONAL CONTRACT TOO! + CLASS ACTION, NEGLIGENCE, DECLARATORY + INJUNCTIVE RELIEF [28 USCA §§ 1332, 1332] (NEW), DEPRIVATION OF CONSTITUTIONAL RIGHTS RESIDENTIAL HARASSMENT 42 USCS § 1981, 1982 + 1983 + 3601 Et. SEQ (NEW), FAIR HOUSING ACT 42 USCS §§ 3601, PREMISES LIABILITY, 14TH AMENDMENT RESPONDANT SUPERIOR, EMPLOYER LIABILITY,



**FOR COURT USE ONLY**

MICHAEL DECARLO WRIGHT. 220 GOLDEN GATE AVE. APT. # 818. SAN FRANCISCO — CALIFORNIA. 94102.

TELEPHONE NO:
FAX NO. (Optional):
E-MAIL ADDRESS (Optional): NONE.
ATTORNEY FOR (Name): NONE.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SF. TO BE HEARD IN
STREET ADDRESS: THE UNITED STATES FEDERAL DISTRICT COURT, NORTHERN DISTRICT OF
MAILING ADDRESS: CALIFORNIA. THE GOLDEN GATE
CITY AND ZIP CODE: AVE FEDERAL BUILDING SF. CA.
BRANCH NAME:

PLAINTIFF: MICHAEL DECARLO WRIGHT AND 1 TO 500 TENANT JANE + JOHN DOE PLAINTIFFS.
DEFENDANT: TNDC, CITY + COUNTY OF SF. MAYOR ED LEE, JEFF KOSISKY, S. DODGE, SF HEALTH DEPT. HERO

☑ DOES 1 TO 500  PEST CONTROL COMPANY.

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☐ AMENDED (Number): AMERICAN DISABILITY ACT, PLEASE SEE ATTACHED
Type (check all that apply):
☐ MOTOR VEHICLE   ☑ OTHER (specify): PAGES IN DETAILS.
☐ Property Damage  ☐ Wrongful Death
☑ Personal Injury   ☑ Other Damages (specify): MENTAL PAIN + SUFFERING.

Jurisdiction (check all that apply): RESPONDENT SUPERIOR TOO!
☐ ACTION IS A LIMITED CIVIL CASE
Amount demanded ☐ does not exceed $10,000
☐ exceeds $10,000, but does not exceed $25,000
☑ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint
☐ from limited to unlimited
☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff (name or names): MICHAEL DECARLO WRIGHT, 1 TO 500 JOHN + JANE DOE TENANT PLAINTIFFS. alleges causes of action against defendant (name or names): VS. TNDC, MAYOR ED LEE SUPPORTIVE HOUSING PROGRAM, DEPT. PUBLIC HEALTH, CITY OF SF. HERO PEST CONTROL CO

2. This pleading, including attachments and exhibits, consists of the following number of pages: AT THE PRESENT ON OR ABOUT 300 PAGES, BUT MORE PAGES + EXHIBITS TO BE FILED AT LATE DATE.

3. Each plaintiff named above is a competent adult
   a. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☐ other (specify):
   b. ☐ except plaintiff (name):
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity (describe):
      (3) ☐ a public entity (describe):
      (4) ☐ a minor  ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other (specify):
      (5) ☑ other (specify): NOTE: ALL PLAINTIFFS ARE TENANT WHO LIVE OR ONCE LIVED IN A 172 UNIT APT. BUILDING, OWNED BY DEFENDANT TNDC.
☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 1 of 3
Code of Civil Procedure, § 425.12
WEST

PLD-PI-001

| SHORT TITLE: WRIGHT VS. TNDC, CITY SF, DEPT. PUBLIC HEALTH, HERO PEST CONTROL CO, 1 TO 500 AL OF YOU DEFENDANTS. | CASE NUMBER: |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): TNDC
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   b. ☐ except defendant (name): HERO PEST CONTROL CO.
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☑ other (specify): A PERSONAL FAMILY RUN BUSSINESS, THAT CONTRACTOR.

   c. ☑ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☑ an unincorporated entity (describe): DEPT. OF PUBLIC HEALTH OF SF.
      (4) ☑ a public entity (describe): SAME AS ABOVE.
      (5) ☑ other (specify): ALL DEFENDANTS ARE ON THE PAYROLL OF THE CITY + COUNTY OF SF. ATTENTION: MAYOR ED LEE

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):
      (4) ☐ a public entity (describe):
      (5) ☐ other (specify):

   ☑ Information about additional defendants who are not natural persons is contained in Attachment 5. AND CALLER MR. WRIGHT'S EXHIBITS # 1, 2, 3, 4,

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): ON OR ABOUT 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. ☐ Doe defendants (specify Doe numbers): _____ are persons whose capacities are unknown to plaintiff.

7. ☑ Defendants who are joined under Code of Civil Procedure section 382 are (names): ALL THE NAMES OF THE DEFENDANT ARE LISTED ON THE FRONT PAGE OF THE COMPLAINT, AND ADDRESSED AND NEW NAMED DEFENDANT WILL BE RESPECTFULLY FILED AT A LATER VERY SOON DATE.

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify): all of my violation(s) of my protectig RIGHTS are locatio here in the city + county of San Francisco + by the same response all contracts where agreed to + SIGNE by the Plaintiff + Defendants in S.F. CA.

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

SHORT TITLE: WRIGHT V. INDC CITY S.F. DEPT. PUBLIC HEALTH, HERO PEST CONTROL CO 1 TO 500 JANE + JOHN DOE DEFTS. ALL OF YOU.

CASE NUMBER:

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):
   a. ☐ Motor Vehicle
   b. ☑ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☑ Premises Liability
   f. ☑ Other (specify): THE AMERICAN DISABILITY ACT BECAUSE OF THE INTENTIONAL INFLICTION OF EMOTIONAL DISSTRESS THAT WAS INFLICTED ON ALL THE PLAINTIFFS BY THE DEFENDANTS.

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☑ other damage (specify): PAIN + SUFFERING, MENTAL STRESS, LOSS OF SLEEP, STRESSORS OF BEING YELLED AT, THREAT OF TERROR, THREATS OF BODY HARM + CALLED: "THAT FUCKING NIGGER MICHAEL WRIGHT!, YOU FUCKING NIGGER! THE FILING OF POLICE REPORTS, RESTRAINING ORDERS, COURT FILINGS + APPEARANCES, ETC, ETC. ALL - has caused a Poinsom hands on demonstratio experiences.

12. The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court. on the FACTS + GROUNDS THAT: "ALL OF THE STATE + FEDERAL VIOLATIONS TOOK PLACE IN THE CITY + COUNTY OF SAN FRANCISCO + JUST TWO BLOCKS AWAY FROM THE FEDERAL CT. HOUSE.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
      (1) ☑ according to proof + SERIOUS + WILFUL MISCONDUCT + BEING RECKLESS
      (2) ☐ in the amount of: $ 2.5 MILLION + TOTAL DISREGUARD FOR THE INTREST OF PER CHARGE OF COMPLAINT MYSELF MICHAEL D. WRIGHT + THE REST

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers): OF THE THE ATTACHED MR. WRIGHT'S EXHIBIT VOLUME # 1, 2, 3 AND PLAINTIFF'S LATER + SOON TO BE FILED AND FURTHER ATTACHED MR. - PROTECTED WRIGHT'S EXHIBIT VOLUMES # 4, 5 + 6 ALONG WITH RIGHTS. ADDITIONAL VIOLATING FACTS WILL FURTHER PROVE MY LAW SUIT COMPLAINT. Sworn + Subcribed to This 6TH Day of April/2017 By: Michael D. Wright

Date:
MICHAEL DECARLO WRIGHT.
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

LD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

PLD-C-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name, State Bar number, and address):
Mr. Michael Dicarlo Wright. 220 Golden Gate Ave. Apt. # 818. San Francisco, CA. 94102. (MICHAEL DECARLO WRIGHT.)
TELEPHONE NO.:      FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

FOR COURT USE ONLY

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SF. TO BE HEARD
STREET ADDRESS: IN FEDERAL DISTRICT COURT
MAILING ADDRESS: NORTHERN DISTRICT OF CAL.
CITY AND ZIP CODE: 450 GOLDEN GATE AVE SF. CA 94102.
BRANCH NAME:

**PLAINTIFF:** MICHAEL DECARLO WRIGHT.
**DEFENDANT:** TNDC, MAYOR LEE, BEVEN DUFTY DON FALK, SAM DODGE, JEFF KOSITSKY

☐ DOES 1 TO 500 ALL OF YOU IN MANAGEMENT + JOHN + JANE DOE CONTRACT DEFENDANTS.

☒ COMPLAINT    ☐ AMENDED COMPLAINT (Number):
☐ CROSS-COMPLAINT    ☐ AMENDED CROSS-COMPLAINT (Number):

**Jurisdiction** (check all that apply):
☐ ACTION IS A LIMITED CIVIL CASE
  Amount demanded ☐ does not exceed $10,000
                  ☐ exceeds $10,000 but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
  ☐ from limited to unlimited
  ☐ from unlimited to limited

CASE NUMBER:

1. Plaintiff* (name or names): Mr. Michael Dicarlo Wright (MICHAEL D. WRIGHT.) alleges causes of action against defendant* (name or names): DON FALK, BEVEN DUFTY, ED LEE, LIZ ORLIN, SAL RUSSO, F. WRIGHT, BRANDON FLANNARY, STEVE LORD, CLAIR NEFF, JA EUM HUM, MARCIA T., BRAIN KIRTPATRICT, SARO CAMERO + CITY OF SF. DEPT. OF PUBLIC HEALTH, MARGOT D. ANTONETTY, ELYSE MILLER, MANJOT (MANU) MULTANI JIMMY BRISCO, PATRICT GREGORY FAGUNDES. ALL OF JANE + JOHN DOE DEF'S.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 1

3. a. Each plaintiff named above is a competent adult
   ☐ except plaintiff (name):
     (1) ☒ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity (describe):
     (3) ☒ other (specify): SEVERAL MILLION CASH MONEY NON PROFIT LOW INCOME HOUSING CORPORATION WITH INSURANCE.
   b. ☒ Plaintiff (name): MICHAEL D. WRIGHT COMPLIED WITH ALL
      a. ☒ has complied with the fictitious business name laws and is doing business under the fictitious name (specify):
      b. ☒ has complied with all licensing requirements as a licensed (specify):
   c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☐ except defendant (name): HERO PEST COMPANY + STILL WAS HARASSED.
     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):
     (4) ☐ a public entity (describe):
     (5) ☐ other (specify):
   ☐ except defendant (name):
     (1) ☐ a business organization, form unknown
     (2) ☐ a corporation
     (3) ☐ an unincorporated entity (describe):
     (4) ☐ a public entity (describe):
     (5) ☐ other (specify):

(Annotation in margin: "PEST CO" / "MARGOT D. - PEST CO")

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
PLD-C-001 [Rev. January 1, 2007]

**COMPLAINT—Contract**

Code of Civil Procedure, § 425.12

PLD-C-001

| SHORT TITLE: WRIGHT V. TNDC, MAYOR ED LEE BEVEN D., DON FALK, TNDC MANAGEMENT | CASE NUMBER: |
|---|---|

4. (Continued) STAFF ALL OF YOU LIST OF FRONT PAGE OF LAW SUIT.
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants (specify Doe numbers): _____ were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) ☒ Doe defendants (specify Doe numbers): ONLY SOME OF are persons whose capacities are unknown to plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names): ON THE FIRST PAGE COVER OF THIS LAW SUIT COMPLAINT.

5. ☒ Plaintiff is required to comply with a claims statute, and
      a. ☒ has complied with applicable claims statutes, or
      b. ☐ is excused from complying because (specify):

6. ☐ This action is subject to ☐ Civil Code section 1812.10 ☐ Civil Code section 2984.4.

7. This court is the proper court because
      a. ☒ a defendant entered into the contract here.
      b. ☒ a defendant lived here when the contract was entered into.
      c. ☒ a defendant lives here now.
      d. ☒ the contract was to be performed here.
      e. ☒ a defendant is a corporation or unincorporated association and its principal place of business is here.
      f. ☒ real property that is the subject of this action is located here.
      g. ☒ other (specify): all of the VIOLATIONS took place in the 172 Unit (units) apt. Building where I live + DEFENDANT'S WERE STILL ARE -

8. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached): VERY RECKLESS, DEMONSTRATING 100% —
      ☒ Breach of Contract TOTAL DISREGUARD FOR MY ENJOYMENT
      ☒ Common Counts OF LIVING IN THE BUILDING, I have been —
      ☒ Other (specify): called: "YOU FUCKING NIGGER! FUCK THAT MICHAEL WRIGHT! I'LL KICK THAT NIGGER'S FUCKING —

9. ☒ Other allegations: ASS! STEVE LORD YELLING AT PLAINTIFF and BLACK SKIN COLOR TENANTS SUCH AS COME OUT IN THE HALLWAY! YOU NIGGER BITCH! YOU FUCKING NIGGER(S),

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
      a. ☒ damages of: $ 10 MILLION FOR WELL OVER 3½ YEARS + TNDC
      b. ☐ interest on the damages STAFF OF MANAGEMENT + DEPT.
         (1) ☒ according to proof OF PUBLIC HEALTH DIRECT HOUS-
         (2) ☐ at the rate of (specify): ____ percent per year from (date): ING PROGRAM JOINS IN OF THE
      c. ☐ attorney's fees , LEGAL FEES VERY OUTRAGEOUS INTENTION
         (1) ☐ of: $ INFLICTION OF EMOTIONAL DISSTRESS
         (2) ☒ according to proof. BY REFUSING TO EVICT BOTH STEVE LORD
      d. ☒ other (specify): AS THE GREGORY PATRICT FAGUNDES + BRAIN KIRT-
         COURT FEELS IS PROPER-

11. ☒ The paragraphs of this pleading alleged on information and belief are as follows (specify paragraph numbers): PATRICT, + SARA CAMERO YELL AT ALL BLACKS "YOU FUCK-ING NIGGERS! IN FACT PATRICT FAGUNDES YELLED OUT IN THE HALLWAY as follows: "I KILL YOU NIGGER BITCH! WELL OVER SEVERAL TIMES WHILE ASSAULTING ESTHER A BLACK SKIN COLOR FEMALE TENANT. Sworn + Subscribed

Date: _____

(TYPE OR PRINT NAME) _____ (SIGNATURE OF PLAINTIFF OR ATTORNEY)
(If you wish to verify this pleading, affix a verification.)

COMPLAINT—Contract

By Me M. Michael Decarlo Wright This 6TH Day of April 2017. MICHAEL DECARLO WRIGHT.

PLD-C-001 [Rev. January 1, 2007] Page 2 of 2

| SHORT TITLE: WRIGHT V. TNDC, CITY OF ST. MAYOR DEPT. OF PUBLIC HEALTH, HERO PEST CONTROL CO. 1 TO 500 JOHN + JANE DOE DEFENDANTS. | CASE NUMBER |
|---|---|

## CAUSE OF ACTION—Intentional Tort    Page ____
(number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint

(Use a separate cause of action form for each cause of action.)

IT-1. Plaintiff (name): M. Michael Zucarlo Wright + 1 TO 500 JOHN and JANE DOE PLAINTIFF'S ALL OF US TENANTS.

alleges that defendant (name): STAFF + MANAGEMENT OF TNDC, DEPT. OF PUBLIC HEALTH AND THE MAYOR OF CITY OF SAN FRANCISCO + MAYOR SUPPORTIVE HOUSING PROGRAM + TNDC TENANT SERVICES STAFF OF MANMENT - ARE PAID

☑ Does ONE to 500 JOHN + JANE DOE DEF'S. AND CASE MANAGER WHO TO PROVIDE SOCIAL WORKER

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on (date): FROM APRIL 2013 TO PRESENT DATE FOR THE PASS ON GOING FOUR (4) YEARS ON GOING HARASSMENT TAKING PLACE

at (place): AT THE 172 UNIT APT. BUILDING CALLED THE KELLY CULLEN COMMUNITY COMPLEX.

(description of reasons for liability):

SERVICES TO THE PLAINTIFF MYSELF M. Michael Zucarlo Wright AND THE OTHER ON OR ABOUT 172 TENANT'S WHO TOO HAVE DISABILITY, JUST LIKE MYSELF. FOR EXAMPLE TENANT SERVICES PROJECT COORDINATOR JA EUN HUH HARASSED THE SAID PLAINTIFF MYSELF M. Michael Zucarlo Wright well over several times by a means of: "STALKING ME LOCATED IN BUILDING WHERE I LIVE, CAUSING ME THE PLAINTIFF M. Michael Zucarlo Wright to file a S.F. POLICE REPORT + HOUSE (IN HOUSE) COMPLAINT TOO. The above said TNDC defendant JA EUN HUH has also told bold FACE LIES OF FRAUD pertaining to my performance, when I was INFORCING - ONE of the RESTRAINING ORDERS AGAINST SARA CAMERO as I was ARESTING defendant TNDC tenant SARA CAMERO her CO-TNDC defendant JA EUM HUH LIED and said the S.F. POLICE INSTRUCTED ME THE PLAINTIFF M. M. Z. Wright to STEP BACK, + THAT I REFUSED, when the truth of the matter I the Plaintiff M. M. Z. Wright told JA EUM HUH to STEP BACK + STAY OUT OF BUSSINESS AS I PLACED SARA IN JAIL FOR VIOLATION OF CIVIL RESTRAINING ORDER with the Police.

Sworn + Subscribed this 6TH day of April year 2017, Be Me Plaintiff M. Michael Zucarlo Wright.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

CAUSE OF ACTION—Intentional Tort

Code of Civil Procedure, § 425.12
Page 1 of 1
WEST

| SHORT TITLE: WRIGHT V. TNDC MAYOR + CITY OF ST. SUPPORTIVE HOUSING DEPT. OF PUBLIC HOUSING, HERO PEST CONTROL | CASE NUMBER |
|---|---|

## CAUSE OF ACTION—Premises Liability     Page ____

(number)

ATTACHMENT TO  ☑ Complaint   ☐ Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Prem.L-1. Plaintiff (name): MICHAEL DECARLO WRIGHT

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On (date): 4·8·13 to present plaintiff was injured on the following premises in the following fashion (description of premises and circumstances of injury): well over several sets of CIVIL RIGHTS VIOLATIONS, BOTH STATE + FEDERAL LAWS of THE CONSTITUTIONAL FRAUD, BREACH OF CONTRACT and violation of CRMINAL LAWS pertaining to FEDERAL + STATE SYSTEM THREAT OF TERRORIST-THREATS + BODY-HARM INTENTIONAL INFLICTION OF EMOTIONAL DIS-STRESS, VIOLATION OF AMERICAN DISABILITY ACT, BY A MEANES

Prem.L-2. ☑ Count One—Negligence The defendants who negligently owned, maintained, managed and operated the described premises were (names): OF DEFENDANT STEVE LORD YELLING AT THE TOP OF HIS VOICE AS FOLLOWS: "THAT FUCK-ING NIGGER! MICHAEL WRIGHT! I'LL KICK THAT FUCK-NIGGER ☑ Does ONE to 500 MICHAEL WRIGHT'S ASS!

Prem.L-3. ☑ Count Two—Willful Failure to Warn [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were (names): HAS TAKEN PLACE FOR YEARS INSIDE THE 172 OF IN THIS TYPE APT. COMPLEX BUILDING WHERE PLAINTIFF MYSELF Mr. Michael Decarlo Wright LIVES, PAYS RENT AND A TENANT, + HAS SIGNED ☑ Does ONE to 500 CONTRACT ALONG WITH TNDC

Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest. EXECUTIVE—DIRECTOR—

Prem.L-4. ☑ Count Three—Dangerous Condition of Public Property The defendants who owned public property on which a dangerous condition existed were (names): DON FALK + MAYOR ED LEE'S OFFICE HOPE HOMELESS + SUPPORTIVE HOUSING PARTNERSHIP DIRECTOR BEVEN DUFTY, THE CONTRACT EXPLAINS THAT TNDC HAS ZERO TOLE- ☐ Does ___ to ___ RANCE FOR VERBLE ABUSE + THREATS
a. ☑ The defendant public entity had ☑ actual ☑ constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it. OF VIOLANCE.
ALL TNDC— b. ☑ The condition was created by employees of the defendant public entity. COMPLAINT sets

Prem.L-5. a. ☑ Allegations about Other Defendants The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names): FILED, THE CITY ED— OF FORMS, LEE'S MAYOR'S OFFICE, DEPT. OF PUBLIC HEALTH HUMMAN Rights COMMISSION, DIRECT HOUSING PROGRAM ALL DO NOTHING— BUT FURTHER ☐ Does ___ to ___ COMPOUND THE HARASSMENT,
+ RACIST and b. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are ☑ described in attachment Prem.L-5.b ☑ as follows (names): VERY BIAS + BIGOT DISCRMINATION BASED ON SKIN COLOR RACE ARE ALL NAMED ON FIRST PAGE OF COMPLAINT + MORE DETAILED IN Mr. Wrights' Exhibit VOLUMES #1,2,3,4 and soon to be filed + attached

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

CAUSE OF ACTION—Premises Liability  #5+6 — #7. Sworn and Sub-
cribed To This 6TH Day of April Year 2017 By Me
Plaintiff Mr. Michael Decarlo Wright

Code of Civil Procedure, § 425.12

WEST

SHORT TITLE: WRIGHT VS. TNDC MAYOR OFFICE CITY OF S.F. DEPT. PUBLIC HEALTH, HERO PEST CONTROL, ALL 1 TO 500 DEFENDANTS

**CAUSE OF ACTION — General Negligence**   Page ____

_____ (number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* MICHAEL DECARLO WRIGHT

alleges that defendant *(name):* TNDC MAYOR SUPPORTIVE HOUSING PROGRAM, DEPT. OF PUBLIC HEALTH EMPLOYEE STAFF + MANAGEMENT JOINED IN ON THE RACIST, BIAS + VERY BIGOT DISCRIMINATORY TREATMENT + PRACTICES— THAT I THE PLAINTIFF RECIEVED FROM THE VERY BIAS [✓] Does ONE to 500 BIGOT TENANT STEVE LORD, SARA CAMERO, BRAIN KIRTPATRICT BY A MEANES OF REFUSING

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff

on *(date):* FROM THE FIRST WEEK OF MOVING INTO THE 172 UNIT
at *(place):* APARTMENT BUILDING COMPLEX THE KELLY CULLEN COMMUNITY THE PRESENT DATE STEVE LORD STILLS LIVES
*(description of reasons for liability):* THE BUILDING WHEN HE SHOULD BE EVICTED. IN FORCE AND FOLLOW THE DOCUMENTED SIGNED CONTRACT FACT THAT: "TNDC HAS ZERO TOLORANCE FOR THREATS OF VERBAL ABUSE + THREATS OF VIOLANCE., PLAINTIFF MYSELF Mr. Michael Dicarlo Wright HAS BEEN YELLED AT AND CALLED YOU FUCKING NIGGER! NIGGER! FUCK THAT FUCKING MICHAEL WRIGHT! THAT FUCKING NIGGER! I'LL KICK THAT NIGGER'S ASS! Moreover well over several civil small-claims court RESTRAINING ORDERS HAVE BEEN FILED AGAINST DEFENDANT STEVE LORD, IN FACT ONE OF THE ABOVE RESTRAINING ORDER RESULTED INTO TENANT TNDC DEFENDANT STEVE LORD BEING PUT INTO S.F. COUNTY JAIL!, THE ADDITIONAL CO DEFENDANT TNDC MANAGEMENT OF THE APARTMENT BUILDING REFUSES TO EVICT THE NON BLACK SKIN COLOR TENANT BECAUSE STEVE LORD'S SKIN IS WHITE COLOR, JUST THE DEFENDANTS WHO'S IN CHARGE OF ALREADY SAID 172 UNIT APARTMENT BUILDING COMPLEX. Sworn + Subcribed To This 6TH Day of April Year 2017. By Mr. My Name Mr. Michael Dicarlo Wright.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION — General Negligence

Code of Civil Procedure 425.12

WEST®

| SHORT TITLE: WRIGHT V. TNDC, MAYOR ED LEE CITY OF S.F., HOPE HOMELESS SUPPORT HOUSING PROGRAM, DEPT. OF PUBLIC HEALTH, HERO PEST CONTROL CO. | CASE NUMBER: |

**Exemplary Damages Attachment**

ATTACHMENT TO: [X] Complaint  [ ] Cross-Complaint

**EX-1.** As additional damages against defendant (name): ALL DEFENDANTS WHO ARE LISTED + NAMED ON PAGE #1 OF THE LAW SUIT COMPLAINT ARE ALL VERY RECKLESS DEMONSTRATING A TOTAL DISREGUARD FOR MY INTREST. Moreover everything that the Plaintiff Mr. Michael DeCarlo Wright is very respectfully complaining about

Plaintiff alleges defendant was guilty of
[X] malice
[X] fraud
[X] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant. further compounded by a meanes of: "after following all rules of complaints

**EX-2.** The facts supporting plaintiff's claim are as follows: and hand serving and filing the complaints with Management, Executives Directors further HARASSMENT and DISCRMINATION takes place. For example just this pass Monday April 3, 2017 when I very respectfully asked the defendant SAM DODGE for my on or about 100 page complaint of FACTS to be returned back to me because of NOTHING was being done to address the violation of my protected RIGHTS, the BIGOT defendant SAM DODGE gave me back my complaint with the 98 pages missing and - I well 50 section of pages missing from the end section of my detailed complaint. and when I confronted the said WHITE SKIN COLOR MAYOR'S OFFICE OF SUPPORTIVE HOUSING DIRECTOR SAM DODGE smiled and said: "THATS WHAT YOU ASKED FOR! AND THAT'S YOUR HAND WRITING! Further I was also told by defendant SAM DODGE that: "I think you should work out your complaint with TNDC further Harassing Me because he SAM DODGE was suppose to be - investigating my complaint + talk to witnesses + other tenants who were + being violated

**EX-3.** The amount of exemplary damages sought is 2.5 MILLION. | NOTE: - JEFF KOSISKY the Director of the Dept. of the Homeless + Supportive Housing has performed in the
[ ] a. not shown, pursuant to Code of Civil Procedure section 425.10.
[X] b. $1.5 MILLION FOR FURTHER PUNISHMEN. very sorry manner I was told he would come to apt. Building in December 2016 + talk to witnesses he DID NOT! He too refuses to return my requested complaint, he refuses to check EVICTION record of STEVE LORD.

Form Approved for Optional Use Judicial Council of California  PLD-PI-001(6) [Rev. January 1, 2007]  Exemplary Damages Attachment  Page 1 of 1  Code of Civil Procedure, § 425.12  WEST