IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DECARLO WRIGHT,

    Plaintiff,

v.

TNDC, *et al.*,

    Defendants.

No. C 17-01955 WHA

**JUDGMENT**

For the reasons stated in the order dismissing the complaint, **JUDGMENT IS HEREBY ENTERED** in favor of all defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 20, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE